IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CLAUDE LUCKY GRIFFIN, § § Plaintiff, § § vs. § § BAC HOME LOANS SERVICING, § LP, BARRETT DAFFIN FRAPPIER § TURNER & ENGEL, L.L.P. § § Defendant § | Case No.4:09-CV-03842 |

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, through their respective counsel, hereby stipulate and agree to the dismissal, with prejudice, of all of Plaintiff's claims pending in the above entitled matter against Barrett Daffin Frappier Turner & Engel, L.L.P., with each party bearing its own costs and attorney's fees.

DATED:  January 8, 2010       FOR PLAINTIFF GRIFFIN:

                    By:    /s/ *G. P. Matherne*
                           G.P. Matherne
                           Attorney at Law
                           P O Box 547
                           Spring TX 77383
                           712 827-1702
                           Facsimile: 713-353-2651

DATED:  January 8, 2010		FOR DEFENDANT DAFFIN FRAPPIER
					TURNER & ENGEL, L.L.P.


				By:	__/s/ *Sam Houston*_____
					Sam Houston
					Cruse, Scott, Henderson & Allen, L.L.P.
					2777 Allen Parkway
					 Houston, Texas 77008
					713-650-6600
					Facsimile: 713-650-1720


DATED:  January 8, 2010		FOR DEFENDANT BAC


				By:	__/s/ Joshua J. Bennett_____
					Mr. Charles Townsend
					Attorney-in-Charge
					SBN 240028053
					Joshua J. Bennett
					Of-Counsel
					SBN 2405944
					Akerman Senterfitt, LLP
					Plaza of the Americas, Suite S1900
					600 North Pearl Street
					Dallas, TX 75201
					Telephone 214 720-4300
					Facsimile: (214) 720-4300