| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Claude Lucky Griffin §
§
versus §    Civil Action 4:09, 3842
§
BAC Home Loans Servicing §
§

## Conference Memorandum

Counsel: GP Matherne

Joshua Bennett

Representing: P. Claude Lucky Griffin

D. BAC Home Loans

Date: 1/6/10

Started: 11:00 a.m.

Reporter: M. Malone

Ended: 11:25 a.m.

At the conference, these rulings were made:

☑ Order to be entered.
☐ Trial preparation to be completed by: _____, 201_.
☐ A pretrial conference is set for: _____ on _____, 201_.
☐ A hearing is set for: _____ on _____, 201_.
☐ A trial is set for: _____ on _____, 201_.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201_.
☑ Internal review deadline 2/18/10 , 201_.

Lynn N. Hughes
United States District Judge