| United States District Court | Southern District of Texas |
|---|---|

Claude Lucky Griffin, §
§
    Plaintiff, §
§
versus §     Civil Action H-09-3842
§
BAC Home Loans Servicing, LP, et al., §
§
    Defendants. §

## Management Order

1. By January 14, 2010, the parties will jointly file a chronology of principal events.

2. Claude Lucky Griffin has until February 10, 2010, to respond to BAC's motion to dismiss.

3. BAC's reply is due February 17, 2010.

Signed on January 6, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge