UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Claude Lucky Griffin, § 
 §
    Plaintiff, §
 §
versus §   Civil Action H-09-3842
 §
BAC Home Loans Servicing, LP, *et al.*, §
 §
    Defendants. §

## Final Dismissal

Under the joint stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on January 11, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge